# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE:

SOMO AUDIENCE CORP.,

CASE NO. 21-10464 (MEW)
CHAPTER 11

    Debtor

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Samuel Dawidowicz
215 East 68th Street
New York, New York 10065
(917) 679-0382

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: February 11, 2021

William K. Harrington
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, New York 10014

By: */s/ Greg M. Zipes*
Greg M. Zipes
Trial Attorney