# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: SoMo Audience Corp. | CASE NO.: 21–10464–mew |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 45–5302081 | CHAPTER: 11 |

# NOTICE TO CREDITORS AND INTERESTED PARTIES
# CHANGE OF VENUE OF BANKRUPTCY CASE

Pursuant to a court order by the Honorable Michael E. Wiles, entered on June 22, 2021, the above captioned bankruptcy case has been transferred to:

United States Bankruptcy Court
District of Delaware
824 Market Street N
Wilmington, DE 19801

Under Case No.: 21–10958

All documents, pleadings and proofs of claim must be filed at the new address, using the new case number.

Dated: June 25, 2021                                   Vito Genna
                                                       Clerk of the Court