UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                              Chapter 11 (Subchapter V)

    SoMo Audience Corp.                        Case no. 21-10464-mew

                              Debtor.
-----------------------------------------------------------------x

## **Chapter 11 Subchapter V Trustee's Report of No Distribution**

I, *Samuel Dawidowicz*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. On June 22, 2021 the case was transferred to the United States Bankruptcy Court for the District of Delaware with no plan confirmed and no plan payments were made to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of the transfer. I request that I be discharged from any further duties as trustee.


Date: July 21, 2021                                              By: /s/ Samuel Dawidowicz
                                                                                       Trustee